# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on March 22, 2001
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code__WUDLSUvahvf

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR 97-423-TUC-FRZ |
| v. | ) |
| Ismael Zambada-Garcia, | ) |
| Defendant. | ) |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the District of Arizona hereby dismisses the superseding indictment and the arrest warrant without prejudice against **Ismael Zambada-Garcia**.

JOSÉ de JESUS RIVERA
United States Attorney
District of Arizona

David A. Kern
Assistant U. S. Attorney

IT IS ORDERED that the superseding indictment is dismissed.
IT IS ORDERED that the arrest warrant is dismissed.

Date: 3-21-2001

United States Magistrate Judge

(1 cc)
USA, PSA, PO, USM, FRZ